IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANTONIO ELIAS OVALLE CASTRO,** )<br>)<br>**Defendant.** )<br>) | Case No. 3:25-cr-0057 |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 1, 2025, ECF No. 37, recommending that the Defendant's plea of guilty to Count One of the Information, Reentry of Removed Alien, a violation of Title 8, United States Code, Section 1326(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 37, is **ADOPTED;** it is further

**ORDERED** that Defendant Antonio Elias Ovalle Castro's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Antonio Elias Ovalle Castro is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **November 20, 2025;** it is further

*United States v. Castro*
Case No. 3:25-cr-0057
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **December 4, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **December 18, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **January 8, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **January 22, 2026, at 10:30 A.M. in STT Courtroom No. 1**.

**Dated:** October 16, 2025                                    *Robert A. Molloy*
                                                                **ROBERT A. MOLLOY**
                                                                **Chief Judge**